WILLIAM M. MURPHY, as Administrator of the Estate of MARY J. MURPHY, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent, Impleaded with Others.

*Murphy* v. *City of New York*, 150 App. Div. 931, affirmed.
(Argued December 10, 1913; decided December 30, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1912, affirming a judgment in favor of defendant City of New York entered upon a dismissal of the complaint as to it by the court at a Trial Term in an action to recover for the death of plaintiff's

intestate alleged to have been occasioned through the negligence of defendants.

*George W. Phillips, Jr., William M. Kilcullen* and *Charles Stewart Davison* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.